UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **XINGRU LIN** | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civ. Action No. 1:16-cv-00645 (CKK) |
| **DISTRICT OF COLUMBIA** | ) ) ) ) | |
| *Defendant.* | ) ) | |

## NOTICE OF APPEAL

Plaintiff, through undersigned counsel, gives notice this 23st day of October, 2020 that she hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on September, 20, 2020 in favor of Defendants' Motion for Reconsideration, (Dkt. Nos. 120 (Order) & 121 (Memorandum Opinion), and initial judgment of this Court entered on the 30th day of June, 2020, denying in part and granting in part Defendant's Motion for Summary Judgment. (Dkt. Nos. 111 (Order) & 112 (Memorandum Opinion).

Aderson Francois (D.C. Bar No. 498544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Ave, Suite 532
Washington, DC 20001
Phone: (202) 661-6721
Fax: (202) 662-9634
Aderson.Francois@georgetown.edu